SPS

**COMMONWEALTH OF VIRGINIA**
**CIRCUIT COURT OF FAIRFAX COUNTY**
**4110 CHAIN BRIDGE ROAD**
**FAIRFAX, VIRGINIA 22030**
**703-691-7320**
**(Press 3, Press 1)**

Carolyn M Larrabee  vs.  Fairfax County Public Schools

CL-2019-0012044

TO:   Fairfax County Public Schools
      C/O Lisa Greve, Executive Assistant
      8115 Gatehouse Rd
      Falls Church, VA 22042

**SUMMONS – CIVIL ACTION**

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the Clerk's office of this Court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.**

Done in the name of the Commonwealth of Virginia, on August 14, 2020.

JOHN T. FREY, CLERK

By: _____
                    **Deputy Clerk**

Plaintiff's Attorney:  David Dekker

**EXHIBIT A**

# COVER SHEET FOR FILING CIVIL ACTIONS
COMMONWEALTH OF VIRGINIA

Case No. ........ **2 0 1 9  1 2 0 4 4**
(CLERK'S OFFICE ONLY)

In the County of Fairfax ............................................ Circuit Court

Carolyn M. Larrabee ......................... v./In re: ............ Fairfax County Public Schools
PLAINTIFF(S)                                                              DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [X] attorney for [X] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL
**Subsequent Actions**
[ ] Claim Impleading Third Party Defendant
   [ ] Monetary Damages
   [ ] No Monetary Damages
[ ] Counterclaim
   [ ] Monetary Damages
   [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or driving privileges)
[ ] Removal of Case to Federal Court
**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[ ] Contract Action
[ ] Contract Specific Performance
[ ] Detinue
[ ] Garnishment
**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
   [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights
**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[ ] Intentional Tort
[ ] Medical Malpractice
[ ] Motor Vehicle Tort
[ ] Product Liability
[ ] Wrongful Death
[X] Other General Tort Liability

## ADMINISTRATIVE LAW
[ ] Appeal/Judicial Review of Decision of
   (select one)
   [ ] ABC Board
   [ ] Board of Zoning
   [ ] Compensation Board
   [ ] DMV License Suspension
   [ ] Employee Grievance Decision
   [ ] Employment Commission
   [ ] Local Government
   [ ] Marine Resources Commission
   [ ] School Board
   [ ] Voter Registration
   [ ] Other Administrative Appeal

## DOMESTIC/FAMILY
[ ] Adoption
   [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
   [ ] Annulment – Counterclaim/Responsive Pleading
[ ] Child Abuse and Neglect – Unfounded Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
   [ ] Complaint – Contested*
   [ ] Complaint – Uncontested*
   [ ] Counterclaim/Responsive Pleading
   [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
[ ] Separate Maintenance
   [ ] Separate Maintenance Counterclaim

## WRITS
[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS
[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
   [ ] Guardian/Conservator
   [ ] Standby Guardian/Conservator
   [ ] Custodian/Successor Custodian (UTMA)
[ ] Trust (select one)
   [ ] Impress/Declare/Create
   [ ] Reformation
[ ] Will (select one)
   [ ] Construe
   [ ] Contested

## MISCELLANEOUS
[ ] Amend Death Certificate
[ ] Appointment (select one)
   [ ] Church Trustee
   [ ] Conservator of Peace
   [ ] Marriage Celebrant
[ ] Approval of Transfer of Structured Settlement
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
   [ ] Reinstatement Pursuant to § 46.2-427
   [ ] Restoration – Habitual Offender or 3rd Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of Property or Money
[ ] Freedom of Information
[ ] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
   [ ] Correct Erroneous State/Local
   [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[X] Other (please specify)
   Employment Discrimination Preg/Sex

[ ] Damages in the amount of $ ................................................ are claimed.

08/28/2019
DATE

[ ] PLAINTIFF [ ] DEFENDANT [X] ATTORNEY FOR [X] PLAINTIFF [ ] DEFENDANT

Joanne Dekker
PRINT NAME

4830 31st Street South, Suite A, Arlington, VA 22206
ADDRESS/TELEPHONE NUMBER OF SIGNATOR
P: (202) 449-8527  F: (202) 540-8018

jdekker@spigglelaw.com
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 07/16

## Civil Action Type Codes
### (Clerk's Office Use Only)

Accounting .................................................. ACCT
Adoption ..................................................... ADOP
Adoption – Foreign ...................................... FORA
Adult Protection .......................................... PROT
Aid and Guidance ........................................ AID
Amend Death Certificate .............................. ADC
Annexation ................................................. ANEX
Annulment .................................................. ANUL
Annulment – Counterclaim/Responsive Pleading .. ACRP
Appeal/Judicial Review
    ABC Board ............................................. ABC
    Board of Zoning ................................... ZONE
    Compensation Board .......................... ACOM
    DMV License Suspension ......................... JR
    Employment Commission ...................... EMP
    Employment Grievance Decision .......... GRV
    Local Government ............................... GOVT
    Marine Resources ............................... MAR
    School Board ........................................... JR
    Voter Registration ............................. AVOT
    Other Administrative Appeal ............... AAPL
Appointment
    Conservator of Peace ............................. COP
    Church Trustee ................................... AOCT
    Custodian/Successor Custodian (UTMA) ...... UTMA
    Guardian/Conservator ......................... APPT
    Marriage Celebrant ............................ ROMC
    Standby Guardian/Conservator ........... STND
Approval of Transfer of Structured Settlement ......... SS
Asbestos Litigation ......................................... AL
Attachment .................................................. ATT
Bond Forfeiture Appeal .................................. BFA
Child Abuse and Neglect – Unfounded Complaint .. CAN
Civil Contempt ............................................ CCON
Claim Impleading Third Party Defendant –
    Monetary Damages/No Monetary Damages .......... CTP
Complaint – (Miscellaneous) ........................ COM
Compromise Settlement ............................... COMP
Condemnation ............................................ COND
Confessed Judgment ....................................... CJ
Contract Action .......................................... CNTR
Contract Specific Performance ...................... PERF
Counterclaim – Monetary Damages/No Monetary
    Damages ................................................. CC
Cross Claim ................................................ CROS
Declaratory Judgment .................................. DECL
Declare Death .............................................. DDTH
Detinue ...................................................... DET
Divorce
    Complaint – Contested/Uncontested ...... DIV
    Counterclaim/Responsive Pleading ........ DCRP
    Reinstatement – Custody/Visitation/Support/
    Equitable Distribution .......................... CVS
Driving Privileges
    Reinstatement pursuant to § 46.2-427 ........ DRIV
    Restoration – Habitual Offender or
    3rd Offense ............................................ REST

Ejectment ................................................... EJET
Encumber/Sell Real Estate ............................... RE
Enforce Vendor's Lien .................................. VEND
Escheatment ............................................... ESC
Establish Boundaries .................................... ESTB
Expungement .............................................. XPUN
Forfeiture of Property or Money .................... FORF
Freedom of Information .................................. FOI
Garnishment .............................................. GARN
Injunction .................................................... INJ
Intentional Tort .......................................... ITOR
Interdiction ................................................ INTD
Interpleader ............................................... INTP
Interrogatory .............................................. INTR
Judgment Lien – Bill to Enforce ................... LIEN
Landlord/Tenant ............................................ LT
Law Enforcement/Public Official Petition ....... LEP
Mechanics Lien .......................................... MECH
Medical Malpractice .................................... MED
Motor Vehicle Tort ........................................ MV
Name Change ................................................ NC
Other General Tort Liability ........................ GTOR
Partition ..................................................... PART
Permit, Unconstitutional Grant/Denial by Locality LUC
Petition – (Miscellaneous) ............................ PET
Product Liability ......................................... PROD
Quiet Title .................................................... QT
Referendum Elections .................................. ELEC
Reinstatement (Other than divorce or driving
    privileges) ............................................. REIN
Removal of Case to Federal Court .................. REM
Restore Firearms Rights – Felony ................. RFRF
Restore Firearms Rights – Review ................ RFRR
Separate Maintenance ................................... SEP
Separate Maintenance – Counterclaim/Responsive
    Pleading .............................................. SCRP
Sever Order ................................................ SEVR
Sex Change ................................................ COS
Taxes
    Correct Erroneous State/Local ............. CTAX
    Delinquent ......................................... DTAX
Termination of Mineral Rights ...................... MIN
Trust – Impress/Declare/Create ................... TRST
Trust – Reformation .................................... REFT
Uniform Foreign Country Money Judgments ...... RFCJ
Unlawful Detainer ......................................... UD
Vehicle Confiscation .................................... VEH
Voting Rights – Restoration ........................ VOTE
Will Construction ....................................... CNST
Will Contested ........................................... WILL
Writs
    Certiorari ............................................. WC
    Habeas Corpus ................................... WHC
    Mandamus ............................................ WM
    Prohibition .......................................... WP
    Quo Warranto ................................... WQW
Wrongful Death ............................................ WD

VIRGINIA

IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

CAROLYN M. LARRABEE,

    *Plaintiff,*

v.                                Case No.:

FAIRFAX COUNTY PUBLIC
SCHOOLS

    *Defendant.*

2 0 1 9 _ 1 2 0 4 4

## COMPLAINT

COMES NOW PLAINTIFF, CAROLYN M. LARRABEE, by and through under-signed counsel, and for her Complaint against Fairfax County Public Schools ("Defendant" or "FCPS") alleges as follows:

1. Ms. Larrabee brings this action against FCPS pursuant to Title VII of the Civil Rights Act of 1964, 42, U.S.C. § 2000e et seq., as amended by the Pregnancy Discrimination Act of 1978, 42 U.S.C. § 1981A ("Title VII"). Accordingly, it was unlawful for FCPS to rescind Ms. Larrabee's job offer with the school system because she was pregnant.

2. Ms. Larrabee brings this action against FCPS for damages arising out of gender discrimination pursuant to Title VII of the Civil Rights Act of 1964.

3. Ms. Larrabee brings this action against FCPS for damages arising out of the General Laws of the Commonwealth of Massachusetts, Part IV, Title 1, Chapter 272, Section 99. It was illegal for Chace Ramey, an employee of FCPS, to record his telephone conversation with Ms. Larrabee without her consent.

## PARTIES

1. Ms. Larrabee is a female who resides in the state of Virginia.

2. Defendant is a local county school system with its principle place of business located in Fairfax County, Virginia.

## JURISDICTION AND VENUE

1. The court has jurisdiction over the claims in this action pursuant to Va. Code Ann. § 17.1-513, because the subject matter of Plaintiff's claims is premised on civil claims.

2. Prior to instituting this action, Plaintiff filed administrative claims with the United States Equal Employment Opportunity Commission. ("EEOC")

3. Ms. Larrabee's suit is timely filed with this Court.

4. On or about June 4, 2019, the EEOC issued Plaintiff a Right to Sue Letter.

5. This Court has personal jurisdiction over Defendants because Defendants are located in Fairfax, Virginia.

6. Venue is proper in this Court pursuant to Virginia Code Ann § 801-262 because the school system's principle place of business is located within this judicial district.

## FACTS

7. From July 2014 to July 2017, Ms. Larrabee worked for FCPS as a Staff Attorney in the Division Counsel's Office.

8. During her time at the FCPS, Ms. Larrabee was very highly regarded for her work by peers, colleagues, and supervisors.

9. In July of 2017, Ms. Larrabee resigned her position with the FCPS and left on good terms to pursue another position in Massachusetts.

10. In December of 2017, Ms. Larrabee decided to return to Northern Virginia and applied with FCPS for the open Director of Employee and Equity Relations position.

2

11. In February of 2018, Ms. Larrabee interviewed in person with Scott Braband, the Superintendent of Schools, and Chace Ramey, the Assistant Superintendent of Human Resources. FCPS extended a formal offer of employment to Ms. Larrabee, with an anticipated start date of April 2, 2018.

12. Ms. Larrabee accepted the offer and began the process of moving her home and her children back to Virginia from Massachusetts.

13. On or about February 16, 2018, FCPS issued a general announcement that Ms. Larrabee would be returning to work in the Director position.

14. In between the February offer and the April start date, Ms. Larrabee had several positive communications with Mr. Ramey as she became more involved in the onboarding process. At no time between the time FCPS extended the job to Ms. Larrabee and March 9, 2018 did Mr. Ramey express any reservations about Ms. Larrabee's future employment or professionalism. In fact, he expressed enthusiasm at being able to work with Ms. Larrabee.

15. On March 9, 2018, Ms. Larrabee engaged in a brief Facebook conversation with FCPS employee Karin McArthur Rodriguez. Ms. Rodriguez and Ms. Larrabee had worked together when Ms. Larrabee first worked for FCPS.

16. At no point in time during this brief exchange did Ms. Larrabee make any comment or statement which was critical of FCPS or Mr. Ramey.

17. At no point in time in the brief conversation, did Ms. Larrabee make any comment which would compromise her ability to successfully complete the duties of her position with FCPS.

18. In a separate and exchange of text messages between Ms. Larrabee and Ms. Rodriguez, Ms. Larrabee revealed to Ms. Rodriguez that she was pregnant.

3

19.     On March 14, 2018. Mr. Ramey informed Ms. Larrabee that a scheduled telephone conversation needed to be rescheduled to March 16, 2018.

20.     During their telephone call on March 16, 2018 Mr. Ramey informed Ms. Larrabee that FCPS was rescinding its job offer to her.  Mr. Ramey claimed that FCPS "had received information" that she had engaged in an unprofessional Facebook conversation with an unnamed FCPS employee.

21.     FCPS never provided Ms. Larrabee with a copy of or link to the alleged unprofessional Facebook communication with another FCPS employee. Ms. Larrabee's Facebook exchange with Ms. Rodriguez, described above, is the only Facebook conversation that Ms. Larrabee engaged in with an FCPS employee.

22.     FCPS rescinded its offer to Ms. Larrabee because she was pregnant.

23.     It was common knowledge among FCPS employees that Ms. Larrabee was pregnant.

24.     Mr. Ramey was also aware that Ms. Larrabee was pregnant when he rescinded the job offer.

25.     At the time of their telephone conversation, Ms. Larrabee was physically located in the Commonwealth of Massachusetts. Mr. Ramey was located in Virginia. Mr. Ramey's action of recording Ms. Larrabee without her consent constitutes a felony under General Laws of the Commonwealth of Massachusetts, Part IV, Title 1, Chapter 272, Section 99.

26.     Mr. Ramey's action of recording Ms. Larrabee without her consent subjects FCPS to personal liability to Ms. Larrabee.

27.     Ms. Larrabee was understandably upset and confused by Mr. Ramey and FCPS's action, and her distress was recorded by Mr. Ramey.

4

28.     Mr. Ramey replayed the recording and Ms. Larrabee's reaction to other FCPS employees for the express purpose of replaying it to other FCPS employees and subjecting Ms. Larrabee to ridicule.

29.     Ms. Rodriguez, who was not pregnant, was placed on paid administrative leave by FCPS, and then given a very generous severance package.

30.     Upon information and belief, FCPS never disciplined Mr. Ramey for illegally recording his conversation with Ms. Larrabee on March 16, 2018 or for his conduct in replaying it to other FCPS employees for Mr. Ramey's amusement.

31.     By not disciplining Mr. Ramey for recording his conversation with Ms. Larrabee, Fairfax condoned Mr. Ramey's conduct.

32.     Fairfax is liable for Mr. Ramey's conduct of recording his conversation with Ms. Larrabee without her consent.

33.     In November of 2017, Mr. Ramey actively engaged in dialogues on a public internet forum called the Fairfax Underground. In a post dated November 11, 2017 with the subject line as "Lake Braddock Sexual Assault and Corruption," Mr. Ramey stated, "This is the fault of the superintendent (Interim and Current). I have no control over this. I'm just a pawn and this is beyond my experience or ability." Mr. Ramey's contributions to the forum are attached here to as Exhibit 1.

34.     In another post on November 22, 2017 with the subject line "How do principals get way with bullying behaviors in FCPS," Mr. Ramey posted, "You are all the reason I am quitting to take a job back in Iowa." Exhibit 1.

35.     In a third post on November 22, 2018 with the subject line, "Federal Investigation Opened-LBSS Sexual Harassment & Ensuing FCPS Cover-Up," Mr. Ramey responded to

5

earlier posts regarding his lack of competency by stating, "No Child has been harmed by another other than Jim Poythress. The adults are acting like children. Please grow up and move on!" Exhibit 1.

36.     Mr. Ramey was employed by FCPS at the time he made these posts.

37.     Upon information and belief,  FCPS never disciplined Mr. Ramey for engaging in and posting on the Fairfax Underground public forum.

## COUNT I

### PREGNANCY DISCRIMINATION IN VIOLATION OF TITLE VII AND THE PREGNANCY DISCRIMINATION ACT

38.     Ms. Larrabee incorporates each and every paragraph as though set forth fully herein.

39.     In Violation of Title VII, as amended by the Pregnancy Discrimination Act, Defendant FCPS discriminated against Ms. Larrabee by rescinding her employment offer after learning she was pregnant.

40.     FCPS treated Ms. Larrabee's non-pregnant peer, Ms. Rodriguez, better than Ms. Larrabee when it gave Ms. Rodriguez a generous severance package, although she engaged in the same conduct as Ms. Larrabee.

41.     FCPS treated Mr. Ramey, a male and not pregnant, better than Ms. Larrabee by not disciplining Mr. Ramey for his inflammatory and inappropriate conduct when he made public posts on the Fairfax Underground Forum attacking FCPS officials.

42.     Defendant FCPS acted with malice and reckless indifference to Ms. Larrabee's Plaintiff's rights under Title VII and the Pregnancy Discrimination Act when it rescinded her job offer.

43.     Plaintiff has lost wages and other benefits and has suffered and will continue to suffer mental anguish, emotional distress, humiliation and other compensable injuries as a results of Defendant's unlawful conduct.

## COUNT II

### SEX DISCRIMINATION IN VIOLATION OF TITLE VII

44.     Ms. Larrabee incorporates each and every paragraph as though set forth fully herein.

45.     In violation of Title VII, Defendant discriminated against Plaintiff on the basis of her sex, by rescinding her offer of employment.

46.     FCPS treated Mr. Ramey, a male, better than Ms. Larrabee by not disciplining Mr. Ramey for his inflammatory and inappropriate conduct when he made public posts on the Fairfax Underground Forum.

47.     In taking the above described discriminatory actions, Defendant acted with malice and reckless indifference to Ms. Larrabee's rights under Title VII.

48.     Plaintiff has lost wages and other benefits and has suffered and will continue to suffer mental anguish, emotional distress, humiliation and other compensable injuries as a result of Defendant's unlawful conduct.

## COUNT III

### ILLEGAL WIRETAPPING OF AN INDIVIDUAL DOMICILED IN MASSACHUSETTS, IN VIOLATION OF MASSACHUSETTS GENERAL LAWS, PART IV, TITLE 1, SECTION 99

49.     Ms. Larrabee incorporates each and every paragraph as though set forth fully herein.

7

50. In violation of Massachusetts General Laws, Part IV, Title 1, section 99, it was illegal for Defendant to record the March 16, 2018 telephone conversation with Ms. Larrabee, who was domiciled and present in Massachusetts at the time of the phone call, without her consent.

51. In taking the above described illegal actions, Defendant acted with malice and reckless indifference to Ms. Larrabee's rights.

52. As a result, Ms. Larrabee will continue to suffer mental anguish, severe emotional distress, humiliation, and other compensable and punitive damages as a result of Defendant's unlawful conduct.

53. Massachusetts General Laws, Part IV, Title 1, section 99, provides Ms. Larrabee with a private right of action against FCPS arising out of Mr. Ramey's illegal wiretapping.

## **PRAYER FOR RELIEF**

WHEREFORE, Ms. Larrabee respectfully requests that this Honorable Court enter judgment in her favor on Counts I, II and II of her Complaint and against Defendant, Fairfax County Public Schools, and that she be awarded the following relief:

On Count I, Illegal Discrimination on the basis of Ms. Larrabee's pregnancy:

1. An award of back pay and related benefits from April 2, 2018 in an amount to be determined at trial;

2. Damages for Ms. Larrabee's emotional distress, pain and suffering in an amount to be determined but no less than $150,000.

3. Attorney's fees as allowed by statute, in an amount to be determined at trial.

On Count II, Illegal Discrimination on the basis of Ms. Larrabee's gender:

8

4. An award of back pay and related benefits from April 2, 2018 in an amount to be determined at trial.

5. Damages for Ms. Larrabee's emotional distress, pain and suffering in an amount to be determined but no less than $150,000.

6. Attorney's fees as allowed by statute, in an amount to be determined at trial.

On Count III, Illegal Wiretapping:

7. Ms. Larrabee's actual damages, but not less than liquidated damages of $1,000, whichever is higher.

8. Punitive damages as may be allowed under Massachusetts law.

9. Attorney's fees as allowed by Massachusetts law.

Ms. Larrabee further requests costs and prejudgment interest together with whatever other relief this Honorable Court deems appropriate.

## **JURY DEMAND**

Ms. Larrabee hereby demands trial by jury on all her claims.

Respectfully submitted,

Joanne Dekker, Esq. (VSB #29941)
The Spiggle Law Firm, PLLC
4830 31st St. South, Suite A
Arlington, Virginia 22206
(202) 449-8527 (phone)
(202) 540-8018 (fax)
jdekker@spigglelaw.com

*Attorney for Ms. Larrabee*

9

**EXHIBIT "1"**

Does anyone have a principal that they like? Who is in it for real?

**Re: How do principals get away with these bullying behaviors in FCPS?**
Posted by: **ndvn** ()
Date: October 21, 2017 09:02PM

The Office of Equity and Employee Relations (EER) DOES NOT ensure fair and equitable treatment of staff because of number of school administrators were reassigned or forced to retire because of several local, state and federal cases against the school board because of their actions.

We all know most cases are usually settled before they go to trial, because the litigation process is costly, time–consuming, and risky. That is why many cases settle, but others (an increasing number of them) have used pre–trial motions to obtain accelerated judgments (i.e. motions for summary judgment, motions to dismiss, etc.). Which is why a number of people feel this is one of the reasons why Mr. Sills is leaving as the Director of Equity and Employee Relations because he caused a lot of damage by not handling a lot of issues but instead punishing many lower leveled employees. The office of equity and employee relations protects administrators and not employees.

**Re: How do principals get away with these bullying behaviors in FCPS?**
Posted by: **LB Resident** ()
Date: October 21, 2017 09:08PM

Rumor is he got a job working for the feds.

**Re: How do principals get away with these bullying behaviors in FCPS?**
Posted by: **brandy03** ()
Date: October 21, 2017 09:16PM

Kevin Sills has accepted a job with the National Education Association. He is leaving for many reasons..... Na Na Hey Hey Hey Goodbye

**Re: How do principals get away with these bullying behaviors in FCPS?**
Posted by: **evaclarie** ()
Date: October 21, 2017 09:28PM

R Chace Ramey, Kevin Sills, Cindy Fitzgerald and Karin Rodriquez are trained lawyers. So it is really surprising that a some of the discrimination and harassment claims in the workplace were never resolved?

All of these people above worked so hard to even conceal a lot of the school administrators mistakes. Kevin Sills would negatively speak about employees behind their backs and would make false assumptions. Now Mr. Sills is going to work for Lily Eskelsen Garcia.... Well at least he is leaving the County of Fairfax.

**Re: How do principals get away with these bullying behaviors in FCPS?**
Posted by: **R Chace Ramey** ()
Date: November 22, 2017 04:35PM

You all are the reason I am quitting to take a job back in Iowa.

---

**Re: How do principals get away with these bullying behaviors in FCPS?**
Posted by: **Proof** ()
Date: November 22, 2017 09:22PM

Just look at all the crap coming out of LB.First the AD gets axed.They hire the Principal"s butt buddy.Then the football coach gets hit because he had proof the Principal was dirty. Now guy pulls a hijacked and the same clown says he is at fault before all the facts are in.All these people were on administrative leave but never the Principal. Well...watch TV closely over the next week because things are bout to explode again.The Principal and Ramey could be done.

---

**Re: How do principals get away with these bullying behaviors in FCPS?**
Posted by: **Go Home** ()
Date: November 29, 2017 10:38PM

This is beyond LBSS. There are issues of bad behavior and principal cover up all over.
Look at centerville! A teacher assaulted a student. Nothing has been done.
Principal covers it up

Must have been tutored by Ramey.

Ramey is shoveling the dirt for this—trying to keep things from being exposed.

What is he hiding about himself?
He was witnessed at a happy hour a little too close to a principal. Makes you wonder....

---

**Re: How do principals get away with these bullying behaviors in FCPS?**
Posted by: **Dupont** ()
Date: November 29, 2017 11:11PM

male or female principal? I swear i saw Ramey in dupont circle literally making-out with this other guy.

---

**Re: How do principals get away with these bullying behaviors in FCPS?**
Posted by: **Morebadprincipals** ()
Date: November 30, 2017 01:29PM

Freedom Hill
Posted by: MommyBear ()
Date: November 14, 2017 03:16PM

BEWARE! Scott Bloom is a bad man and shouldn't be allowed to have his job! He uses his job to meet other Fairfax teachers at conferences and on trips. He is a cheater and a liar! He cheats on his own wife and uses county money for hotels that should be going to our kids and schools. Ask Hallie Demetriades she is his partner in this whole plan.

# FairFax underground

**Fairfax County General :  Fairfax Underground**

Welcome to Fairfax Underground, a project site designed to improve communication among residents of Fairfax County, VA.
Feel free to post anything Northern Virginia residents would find interesting.

---

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **You got that right** ()
Date: October 27, 2017 10:40PM

Amazing. Talking about Trump is more important than taking care of these kids who are now seeing doctors because of the Lake Braddock scumbags. I don't even know what to say.

---

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **R. Chace Ramey** ()
Date: November 17, 2017 09:24PM

Give us a break... we are doing the best we can!

---

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **Triggered Snowflake.** ()
Date: November 17, 2017 09:26PM

RESIGN DAVE THOMAS GO BACK TO WENDYS

---

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **R. Chace Ramey** ()
Date: November 22, 2017 12:07PM

This is the fault of the superintendent (Interim and Current).
I have no control over this
I'm just a pawn and this is beyond my experience and ability.

---

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **Mike_Hunt** ()
Date: November 22, 2017 12:16PM

This whining little cunt needs to be raped with a curling-iron that's been wrapped with barbed-sire....

Maybe the pitiful-drama will end.

---

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **DanKnows** ()
Date: November 24, 2017 06:01AM

F PS needs to hire Marilyn Mosby to clean this mess up!

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **Gatehouse** ()
Date: November 25, 2017 05:44PM

Gatehouse really needs to be cut. Brabrand, Ramey, Lockard, Sills and the entire HR have screwed this up. Poythress should have been fired. Thomas should have been fired. The parents need to be placed under control. The school board needs people who care about the kids in place. At LBSS and gatehouse.

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **Do you mean** ()
Date: November 26, 2017 06:17PM

Did you mean Poythress should not have been forced out? He has ben gone for a year and LB is worse off. I agree Dave is where the buck stops. Even a victim of circumstance must be held accountable. I would kick Dave to the curb. I would like to see coach back on the sideline somewhere

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **h8 THE httrs** ()
Date: November 26, 2017 07:51PM

I wonder how many of these posts are by Jim Poythress himself...

and poythress has always called students fags and retards in his class. they had to remove him from his job as a psych teacher because he was giving students the answers to exams and spent most of the class trying to impress his football players by bragging about how much weed he used to smoke. Its all pretty sad actually, but Im not surprised that a bunch of adults who still follow HS sports and drama think he's a good guy. when he talks to his players and students he puts on an ebonic affectation like hes jamie kennedy in malibu's most wanted. he's a turd.

In weight training class a few years ago, Poythress stood behind a girl from the basketball team and mouthed over and over, "bitch, bitch, bitch, bitch." He looked like a middle schooler with his tidy whities in a wad. Very embarrassed for him.

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **Right on** ()
Date: November 26, 2017 09:06PM

In addition to Jim Poythress whining on Fx Underground you have his hired hit man – Kyle V Miller, Esquire doing his dirty work. The guy has a restraining order at West Springfield, so he sends his kid to LB. Then you have Whiner of the Year Bill Park. Miller is their bitch. What's so funny is eveeyone knows they're shit heads.

Question – If Miller is so worried about girls safety at LB , why doesn't he send his own kid to her neighborhood school where she would be "safe"? Mist not be too worries if he pupil places her at LB.

Question – If Park is so concerned about girls safety, why does he frequent porn sites and post on his Twitter account?

Are you frick'n kidding me? Nothing says I respect girls and am the spokesperson for their safety like posting porn!

Hypocrites!

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **correction** ()
Date: November 26, 2017 10:56PM

I know Poythress Ap scores were way above national and fcps levels. No way he gave out answers. I also no he never smoked pot in his life. Hiding behind your computer and telling lies is weak. State your name if you are SO sure. You'd be court for libel.

---

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **WhatevsKTYW** ()
Date: November 27, 2017 01:20AM

He was pulled from classroom teaching first.

The student athletes ran amuck on that building and you know it.

It was tough but it's been good. Very good.

Dave has the rest of that mess under control so take a minute and collect yourselves. How about admit that all is well now?

---

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **Lb teacher** ()
Date: November 28, 2017 03:12PM

Lies. For what? Coach passed the Praxis so he could get in the weight room.Once there the program took off. None of this had to happen. All Dave needed to do was tell him we are going in another direction. Instead he lied many times. It will all come out. Will you then come back and apologize?

---

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **formerplayer2010** ()
Date: November 28, 2017 07:13PM

I am so tired of hearing that same lame ass excuse that the student athletes were running amuck in the building or doing something outside of school.

How is the football coach responsible for that?

What about the administrators, Principal asst Principals, Athletic Director?
Teachers? Parents? Why are they not held accountable for this?

I can tell you this, they didn't run amuck on the field, if they did, they were held accountable, I know, I played for P.

Again, say what you want about coach P, he was the only one willing to stick up for those girls and do the right thing.

To say Dave has things under control is a joke. LB has had some very bad press the last 6-8 months. How about this, you go take a minute, and understand that coach P left the program in great shape. Lets see how these coaches do when they have to actually develop players....Id say based on what they did this year....not very good. They beat the teams they should have with losing records, but were blown out or not even competitive by the top teams

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **lUV YOUR h8** ()
Date: November 28, 2017 07:29PM

AGAIN AT IT......I wonder how many of these posts are by Jim Poythress himself...

I am so tired of hearing that same lame ass excuse that the student athletes were running amuck in the building or doing something outside of school.

How is the football coach responsible for that?

What about the administrators, Principal asst Principals, Athletic Director?
Teachers? Parents? Why are they not held accountable for this?

I can tell you this, they didn't run amuck on the field, if they did, they were held accountable, I know, I played for P.

Again, say what you want about coach P, he was the only one willing to stick up for those girls and do the right thing.

To say Dave has things under control is a joke. LB has had some very bad press the last 6-8 months. How about this, you go take a minute, and understand that coach P left the program in great shape. Lets see how these coaches do when they have to actually develop players....Id say based on what they did this year....not very good. They beat the teams they should have with losing records, but were blown out or not even competitive by the top teams

---

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **The word is amok** ()
Date: November 28, 2017 07:32PM

AMOK – From Norse legend.

---

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **Bruin Dad 2** ()
Date: November 28, 2017 09:38PM

Stay tuned, folks.

---

**Re: Lake Braddock Sexual Assault and Corruption**
Posted by: **heisanidiot** ()
Date: November 28, 2017 09:56PM

I wonder how many of thee post are from Ernesto's dad

lUV YOUR h8 Wrote:
-------------------------------------------------------
> AGAIN AT IT......I wonder how many of these posts
> are by Jim Poythress himself...

# Fairfax underground

**Fairfax County General :  Fairfax Underground**

Welcome to Fairfax Underground, a project site designed to improve communication among residents of Fairfax County, VA. Feel free to post anything Northern Virginia residents would find interesting.

---

### Federal Investigation Opened - RE: LBSS Sexual Harassment & Ensuing FCPS Cover-up

Posted by: **I DON'T TINK SO.........MAAAAAN!** ()

Date: November 06, 2017 05:11PM

Good afternoon.

In lieu of tonight's LBSS Booster Club meeting, I wanted to make sure you are all aware of the following:

Per letter dated November 2nd 2017, the United States Department of Education's Office of Civil Rights has announced that they have opened and will be conducting a formal investigation of the events that occurred at Lake Braddock regarding both the sexual harassment that occurred during the 2015–16 season on the LBSS girl's varsity basketball team and the subsequent sham investigations and cover-up by FCPS administrators and the Fairfax County School Board.

Presumably, this investigation will include LBSS Athletic Director Karl Kern's involvement in the retaliatory employment action taken against former LBSS football coach Jim Poythress and all of the actions taken by LBSS Principal Dave Thomas in response to the harassment that occurred.

Two additional/related items for you:

1. School Board Member Megan McLaughlin will be hosting a community round–table discussion at LBSS this Wednesday November 8th from 7:00 – 8:30 pm in the multi-purpose room (enter at Door #17 just to the right of the front entrance). The round-table discussion will focus on the upcoming budget projections, the new superintendent's goals, as well as any other issues or concerns you wish to discuss (i.e. the just announced federal investigation).

2. You can also ask Principal Thomas and/or Schoolboard member McLaughlin on when you can catch the next presentation of Principal Thomas' "Bulletproof" professional development seminar – which has been wildly popular among FCPS administrators and school board members, Virginia Department of Education officials, and Superintendents and executives of neighboring school districts. Please see below for a previous invitation that was sent out that explicitly details the topics that Principal Thomas will cover in his presentation.

P.S. In case you missed it back at the end of June, here is the Washington Post article that details what occurred that precipitated the federal investigation:
https://www.washingtonpost. com/sports/highschools/at- lake-braddock-sexual- harassment-accusations-personnel-changes-and- lingering-resentment/2017/06/ 29/59a3d00e-5536-11e7-a204-ad706461fa4f_story.html?

---

### Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover-up

Posted by: **Following** ()

Date: November 06, 2017 08:23PM

I am a friend of Coach Poythress. Last weekend, I called to see what he thoughtof LB winning the district. I was surprised to hear that he was super happy for the kids and coach. He said he felt part of the win as he had coached the seniors for 3 years.He said he was happy for Doc as well. It was not what I expected to hear!

Anyway, the news about the D.O.E must have caused Thomas' ass hole to cramp. Kerns should be nervous as well.

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover-up**
Posted by: **Head up2** ()
Date: November 06, 2017 09:37PM

More news coming --- Justice Department also interested I hear. Good luck, FCPS.

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover-up**
Posted by: **Not just LB** ()
Date: November 06, 2017 10:04PM

Good for these parents & students at LB & may the truth be told! LB isn't the only school with these issues. Rumor has it that South County & another local high school may also be mentioned in the pending investigation. Funny how these things seem to come up just when you think they're over!

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover-up**
Posted by: **Justice!** ()
Date: November 06, 2017 10:06PM

Justice for who?

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover-up**
Posted by: **YOU DON'T SAY!!!!** ()
Date: November 07, 2017 07:11AM

Justice for who?
First & foremost The Underage GIRLS you flipping moron. Coach P & Coach Clarke don't need justice, they will be fine. But Thomas & Kerns, an entire different story.

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover-up**
Posted by: **Snowflake Watch** ()
Date: November 07, 2017 09:04AM

YOU DON'T SAY!!!! Wrote:
-----------------------------------------------------
> Justice for who?
> First & foremost The Underage GIRLS you flipping
> moron. Coach P & Coach Clarke don't need justice,
> they will be fine. But Thomas & Kerns, an entire
> different story.

What happened to these poor snowflakes? Are the in college yet?

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover–up**
Posted by: **L'chaim** ()
Date: November 07, 2017 09:07AM

L'chaim – Mr. Thomas & Karl

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover–up**
Posted by: **For Deis I Tink So Maaaaaan!** ()
Date: November 07, 2017 12:30PM

How 'bout dem Apples????

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover–up**
Posted by: **What about Apples** ()
Date: November 09, 2017 10:25AM

What about Apples????

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover–up**
Posted by: **Dave Thomas** ()
Date: November 09, 2017 06:45PM

HEY BUDDY! I don't TINK SO!!!!! I believe the school board knows where Karl & I work. They certainly know where we are during "Lunch Time," that would be Chick-Fil–A or 5 Guys both in Burke. You would think if they want us, they would grab us @ 1 of those 3 places. Or perhaps they could catch us in The Mosaic district for most evenings @ Happy Hour & usually a couple of our buddies from Gate House across the street are pounding drinks and scarfing down Wings & apps. Actually Karl shut down the kitchen last week, ABSOLUTELY as true as the day is long. Well that was before day light savings.
I gotta run as shots and mini burgers just got here, and I need at least 1 before Karl scarfs them all.

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover–up**
Posted by: **Morons** ()
Date: November 12, 2017 10:48PM

The bottom line is that the public school system as a whole is a nightmare. FCPS used to be the leading district in the country and still may be. However that isnt saying much as public schooling is the problem with our society and being the leader in a system that consists of the lowest common denominator doesnt amount to much. Gatehouse and those that run it (Kevin Sills, Steven Lockard, R Chace Ramey, Sloan Presidio) are truly a bunch of morons who have SETTLED in their careers for security. It truly is a shame because ultimately the students are the ones to suffer.

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover–up**
Posted by: **Fools** ()
Date: November 14, 2017 05:47PM

R Chance Ramey is behind this chaos. He lied to poythress and made him think he'd do the right thing. At the same time he had Michele Arnold jerking Jim around with a disciplinary placement. She insulted him and told him he was trouble. Real supportive. Also she didn't really talk to parents. Don't know why a brain dead fool would be investigating anything.

Check into Ramey's background. He couldn't cut it anywhere else and now fcps is stuck with him. This investigation will reveal his incompetence

---

### Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover–up
Posted by: tangled ()
Date: November 15, 2017 10:40PM

Addressing the aspect of people risk is the only way an organization can improve the way their people respond to a situation of risk and the effectiveness of their risk management function.

Risk Culture Building is lacking at FCPS and the school board because as Janie Strauss on the school board said "Things will not change with the new superintendent." The process of growth and continuous improvement in the way each and every person in an organization should know how to respond to a given situation of risk as to mitigate, control and optimize that risk to the benefit of the organization.

The Washington Post article explains what is going on at Lake Braddock Secondary School.

Coach Jim Poythress, a longtime football coach at Lake Braddock, in 13 seasons had won more games than any football coach in the school's history. He won't return for the 2017 season.

https://www.washingtonpost.com/sports/highschools/at-lake-braddock-sexual-harassment-accusations-personnel-changes-and-lingering-resentment/2017/06/29/59a3d00e-5536-11e7-a204-ad706461fa4f_story.html?utm_term=.2afc2705d1ac

---

### Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover–up
Posted by: R Chace Ramey ()
Date: November 22, 2017 04:31PM

No Child has been harmed by anyone other than Jim poythress
The adults are acting like children
Please grow up and move on!!

---

### Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover–up
Posted by: formerplayer ()
Date: November 22, 2017 08:02PM

STFU Ernestos dad, you don't know anything

---

### Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover–up
Posted by: STFU Ernestos dad ()

Date: November 23, 2017 07:43PM

Jp is a liar. He could never win the big game...ran his mouth like he was one of the kids. He knew about his players being drunk in a car at 3am back in Oct. Didnt want to loose his D1 player. So he tried to hide it. Maybe if D1 daddy and his wrestling coach buddy didnt try to hide it...things would have been different. If you want an investigation against someone, look at D1 daddy who is using his job to influence the school board.

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover-up**
Posted by: **Yo purple heart** ()
Date: November 23, 2017 10:40PM

Name 1 kid hurt by Poythress or his staff...Just one? Everybody loved him. Ernesto was mad he was not hired to coach and that his son was 400 pounds with the brain of a small child. If wrong post your kids transcript or a video of him benching just a fraction of his weight. He can't get in the squat position

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover-up**
Posted by: **Michele Arnold** ()
Date: December 11, 2017 10:18AM

I'm out to get poythress and park
I cry every day that they are allowed to be out in the world while I'm stuck in gatehouse, hoping that Chace notices me.

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover-up**
Posted by: **Itsoverstopit** ()
Date: December 11, 2017 11:33PM

Enough. It's handled and done. Old news. Personnel fired, HR decisions handled at Gatehouse.

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover-up**
Posted by: **Bruin Dad 2** ()
Date: December 12, 2017 12:13PM

It's just getting started, pal. Stay tuned.

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover-up**
Posted by: **Big Bruin** ()
Date: December 12, 2017 03:07PM

Looks like there's going to be good old fashioned housecleaning at LB and FCPD when the next story goes viral. Couldn't happen happen to a finer bunch.

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover-up**

Posted by: **Bill Park** ()
Date: December 12, 2017 07:51PM

Is the next big thing the fact that someone got fired for assaulting a coworker?
Perhaps a former military man?
Good riddance

---

**Re: Federal Investigation Opened – RE: LBSS Sexual Harassment & Ensuing FCPS Cover–up**
Posted by: **DanKnows** ()
Date: December 12, 2017 09:01PM

Michele Arnold Wrote:
--------------------------------------------------------------
> I'm out to get poythress and park
> I cry every day that they are allowed to be out in
> the world while I'm stuck in gatehouse, hoping
> that Chace notices me.

Put PAUL Wardinski on it! He has a history of fixing volatile situations, just ask West Springfield a few years ago

---

Your Name:

Your Email (Optional):

Subject:           Re: Federal Investigation Opened – RE: LBSS Sexual Har

**Attach a file ...**

Spam prevention:
Please, enter the code that you see below in the input field. This is for blocking bots that try to post this form automatically.

```
 **      **  **       **  *******    **     **  ********
 **  **  **  **   **  **  **     **  **     **  **
 **  **  **  **   **  **  **         **     **  **
 ***     **  **   **  *******        **     **  ******
 **  **  **  **   **  **             **     **  **
 **  **  **  **   **  **             **     **  **
 **      **  ***  ***  **             *******   ********
```

Enter code: