IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| CAROLYN M. LARRABEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:20cv1078 |
| ) | |
| FAIRFAX COUNTY PUBLIC SCHOOLS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Plaintiff Carolyn M. Larrabee and Defendant Fairfax County Public Schools, through their undersigned counsel, do hereby stipulate and agree to the dismissal of the claims in this action between them with prejudice and on the merits, and with each side to bear their own costs.

IT IS SO ORDERED.

ENTERED THIS 4th day of January 2021.

Alexandria, Virginia

_____
T. S. Ellis, III
United States District Court Judge

WE ASK FOR THIS:

THE SPIGGLE LAW FIRM
4830 31st Street South, Suite A
Arlington, Virginia 22206
Phone: 202-449-8527
Fax: 202-540-8018

By: /s/ Joanne Dekker
Joanne Dekker, VSB No. 29941
jdekker@spigglelaw.com
Francisco Mundaca, *admitted pro hac vice*
fmundaca@spigglelaw.com
Counsel for Plaintiff Carolyn M. Larrabee

BLANKINGSHIP & KEITH, P. C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Phone: 703-691-1235
Fax: 703-691-3913

By: /s/ Lauren F. Randall
Laurie L. Kirkland, VSB No. 75320
lkirkland@bklawva.com
Lauren F. Randall, VSB No. 87535
lrandall@bklawva.com
Counsel for Defendant Fairfax County School Board